

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00026-CV

**CHERYL TRAHAN,**

**Appellant**

v.

**KENNETH AND REBECCA GOETSCH,**

**Appellee**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 27,360**

## MEMORANDUM OPINION

Cheryl Trahan appeals from a judgment rendered against her signed on December 20, 2016. By letter dated February 7, 2017, the Clerk of this Court notified Trahan that her original filing fee for the appeal was past due. Trahan was warned in the same letter that failure to pay the filing fee within 10 days from the date of the letter would result in the appeal being dismissed. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed, and Trahan has failed to pay her original filing fee.

Accordingly, this appeal is dismissed.  *Id*.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 8, 2017
[CV06]

